ALEX LUCAS, ADMR. *v.* MALVINA TAYLOR.

Appeal and Error—Successful Party Appealing Must Pay Cost.
Where the successful party appeals alone he must pay the cost of the appeal on the reversal of the case.

APPEAL FROM SCOTT CIRCUIT COURT.

June 15, 1870.

OPINION OF THE COURT BY JUDGE PETERS:

As the appellant in whose favor the judgment in this case was rendered seeks by this appeal to reverse it because it was rendered before the infant defendants had answered by guardian *ad litem,* and the judgment against them in that state of the case was unauthorized, the same is reversed, and the cause remanded, with directions to set aside said judgment, and for further proceedings consistent with the rights of the parties. But appellant must pay the costs of this appeal.

*Shepherd, for appellant.*